JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBIN G. BRODIE,                          )    Case No. CV 12-07690 DDP (AGRx)
                                          )
              Plaintiff,                   )
                                          )
      v.                                   )    **ORDER OF DISMISSAL**
                                          )
BOARD OF TRUSTEES OF THE                   )
CALIFORNIA STATE UNIVERSITY                )
(California Polytechnic State              )
University San Luis Obispo,                )
Performing Arts Center San Luis            )
Obispo, a Cal Poly facility), TERRI        )
HOPSON,                                    )
                                          )
              Defendants.                   )
_____          )

    THE COURT having ordered the Plaintiff to amended the complaint not later than

February 18, 2014, and Plaintiff having failed to respond,

    THE COURT ORDERS that this action be, and hereby is, dismissed without

prejudice for failure to comply with the orders of the Court.

    The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: March 21, 2014

DEAN D. PREGERSON
United States District Judge